[No. 12277-8-III.    Division Three.    March 29, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. TERRANCE J. DOETSCH, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 91-1-00158-5, Yancey Reser, J., entered

February 3, 1992. *Affirmed* by unpublished opinion per Munson, J., concurred in by Sweeney, A.C.J., and Schultheis, J.